UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER LORENZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
02-CV-4220 (CBA)

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 11, 2005, remanded the case to the Commissioner for further proceedings consistent with the Court's oral ruling, for the reasons stated on the record on May 11, 2005; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner for further proceedings consistent with the Court's oral ruling, for the reasons stated on the record on May 11, 2005.

Dated: Brooklyn, New York
       May 12, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court